IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ROGER WILSON,

    Petitioner,           No. CIV S-03-0703 MCE CMK

    vs.

MICHAEL YARBOURGH, et al.,

    Respondents.      ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, filed April 4, 2003. On June 26, 2003, respondents filed an answer. Presently before the court, is the respondents' verbal request, made on April 19, 2005, for an additional thirty days to lodge Reporter's Transcripts on appeal, Clerk's Transcripts on appeal, and Clerk's Supplemental Transcripts on appeal.

        Accordingly, IT IS ORDERED that respondents' verbal request made on April 19, 2005, is granted. Respondents shall have thirty days from the date of this order in which to lodge any relevant transcripts. Respondents shall also lodge a Notice of Lodging Transcripts with the court.

DATED: May 11, 2005.

                                            /s/ Craig M. Kellison
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26