IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ROGER WILSON,               No. CIV S-03-0703-MCE-CMK-P

    Petitioner,

  vs.                                                              ORDER

MICHAEL YARBOROUGH, et al.,

    Respondents.

          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. A review of the docket and respondents' answer reveals that the lead respondent's name has been incorrectly spelled.

          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to update the docket to reflect the correct spelling of the lead respondent's name, as shown in the caption above.

DATED: December 14, 2005.

                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE