IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ROGER WILSON,   No. 2:03-cv-0703-MCE-CMK-P

    Petitioner,

  v.   ORDER

MICHAEL YARBOROUGH, et al.,

    Respondents.

_____ /

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for a certificate of appealability (Doc. 37), filed on November 15, 2006.

    Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/ / /

1

1 | The timely filing of a notice of appeal is a jurisdictional requirement. See Scott v.
2 | Younger, 739 F.2d 1464, 1466 (9th Cir. 1984). The time limit for filing a notice of appeal
3 | following entry of judgment is thirty days. See Fed. R. App. P. 4(a). Petitioner's notice of appeal
4 | in this action was filed more than thirty days after entry of judgment. It is, therefore, untimely
5 | and cannot provide the court of appeals with jurisdiction. The issuance of a certificate of
6 | appealability cannot vest the court of appeals with jurisdiction if jurisdiction is not proper in that
7 | court. Cf. Hayward v. Britt, 572 F.2d 1324, 1325 (9th Cir. 1978) (addressing issuance of a
8 | certificate of probable cause). Because petitioner's notice of appeal is untimely, the court
9 | declines to issue a certificate of appealability.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of appealability is denied.

DATED: November 28, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE